1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  RACHEL J. FELDMAN (SBN 246394)
   rfeldman@whitecase.com
3  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
4  Los Angeles, CA 90071-2433
   Telephone: (213) 620-7700
5  Facsimile: (213) 452-2329

6  Attorneys for Defendant
   GERBER PRODUCTS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GYORKE-TAKATRI and KATIE SILVER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendant. | Case No.: 3:19-cv-01712<br><br>**APPENDIX OF PROCESS, PLEADINGS, AND ORDERS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332(d)(2), 1441(a), 1453(b) (CLASS ACTION FAIRNESS ACT OF 2005)** |

# APPENDIX OF PROCESS, PLEADINGS, AND ORDERS

In accordance with 28 U.S.C. § 1446(a), submitted herewith are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Complaint, titled *Gyorke-Takatri, et al. v. Nestlé USA, Inc., et al.*, Case No. CGC 15-546850, filed in the Superior Court of California, County of San Francisco ("San Francisco County Superior Court"), on July 14, 2015 |
| Exhibit 2 | Summons served on Gerber Products Company ("Gerber") on July 17, 2015 |
| Exhibit 3 | Proof of Service of Summons on Nestlé USA, Inc. ("NUSA") and Gerber, filed in the San Francisco County Superior Court on July 31, 2015 |
| Exhibit 4 | Dismissal without prejudice of NUSA, filed in the San Francisco County Superior Court on August 10, 2015 |
| Exhibit 5 | Initial Case Management Scheduling Order, filed in this Court on August 13, 2015 (Docket No. 8 – 8-1) |
| Exhibit 6 | Order reassigning the case to Hon. Yvonne Gonzalez Rogers, filed in this Court on August 27, 2015 (Docket No. 14) |
| Exhibit 7 | Order Granting Application for Admission of Attorney Pro Hac Vice, filed in this Court on August 28, 2015 (Docket No. 16) |
| Exhibit 8 | Order Granting Joint Stipulation Extending Deadline for Gerber to Respond to Complaint and Setting Briefing Schedule for Motion to Dismiss, filed in this Court on August 31, 2015 (Docket No. 18) |
| Exhibit 5 | Referral for Purpose of Determining Relationship, filed in this Court on August 31, 2015 (Docket No. 19) |
| Exhibit 10 | Order Declining to Relate Case, filed in this Court on September 11, 2015 (Docket No. 24) |
| Exhibit 11 | Order Granting Application for Admission of Attorney Pro Hac Vice, filed in this Court on September 15, 2015 (Docket No. 26) |
| Exhibit 12 | Order Granting Joint Stipulation to Continue Hearing on Motion to Remand and Extending Deadline for Plaintiffs to File Reply Brief to Defendant's Opposition to |

-1-

| | | |
|---|---|---|
| 1 | | Motion to Remand, filed in this Court on October 6, 2015 (Docket No. 34) |
| 2-3 | Exhibit 13 | Order Granting Plaintiffs' Motion to Remand, filed in this Court on November 6, 2015 (Docket No. 42) |
| 4-6 | Exhibit 14 | Order Denying Motion for Leave to File Motion for Reconsideration and Denying Motions for Stay, Leave to Submit Additional Evidence, and to Shorten Time as Moot, filed in this Court on November 10, 2015 (Docket No. 48) |
| 7-8 | Exhibit 15 | Order Continuing Case Management Conference, filed in the San Francisco County Superior Court on December 1, 2015 |
| 9-10 | Exhibit 16 | Order to Strike Request for Dismissal, filed in the San Francisco County Superior Court on December 9, 2015 |
| 11-12 | Exhibit 17 | Order Continuing Case Management Conference, filed in the San Francisco County Superior Court on January 12, 2016 |
| 13-14 | Exhibit 18 | Order Granting Complex Designation and for Single Assignment, filed in the San Francisco County Superior Court on January 14, 2016 |
| 15-16 | Exhibit 19 | Order Re Dismissal Request, filed in the San Francisco County Superior Court on January 27, 2016 |
| 17-18 | Exhibit 20 | Case Management Order No. 1, filed in the San Francisco County Superior Court on February 8, 2016 |
| 19-21 | Exhibit 21 | Order Granting Ex Parte Application for Non-Resident Attorney to Appear as Counsel Pro Hac Vice, filed in the San Francisco County Superior Court on February 8, 2016 |
| 22-23 | Exhibit 22 | Order Granting Ex Parte Application to Dismiss Without Prejudice Defendant NUSA, filed in the San Francisco County Superior Court on February 8, 2016 |
| 24-25 | Exhibit 23 | Order, filed in the Ninth Circuit Court of Appeals on February 23, 2016 (Docket No. 5) |
| 26-27 | Exhibit 24 | Order Denying Petition for Permission to Appeal, filed in this Court on February 23, 2016 (Docket No. 51) |
| 28 | Exhibit 25 | Order Overruling Demurrers, filed in the San Francisco County Superior Court on |

| | | |
|---|---|---|
| 1 | | March 1, 2016 |
| 2 | Exhibit 26 | Case Management Order, filed in the San Francisco County Superior Court on |
| 3 | | April 11, 2016 |
| 4 | Exhibit 27 | Case Management Order, filed in the San Francisco County Superior Court on |
| 5 | | June 22, 2016 |
| 6 | Exhibit 28 | Order Granting Application to Admit Non-Resident Attorney to Appear as |
| 7 | | Counsel Pro Hac Vice, filed in the San Francisco County Superior Court on June |
| 8 | | 29, 2016 |
| 9 | Exhibit 29 | Order Setting Initial Case Management Conference, filed in this Court on July 13, |
| 10 | | 2016 (Docket No. 11) |
| 11 | Exhibit 30 | Order Denying Motion to Relate Cases, filed in this Court on July 14, 2016 |
| 12 | | (Docket No. 13) |
| 13 | Exhibit 31 | Order Granting Gerber's Administrative Motion to Seal, filed in this Court on July |
| 14 | | 20, 2016 (Docket No. 16) |
| 15 | Exhibit 32 | Order reassigning case to Hon. William H. Orrick, filed in this Court on July 22, |
| 16 | | 2016 (Docket No. 20) |
| 17 | Exhibit 33 | Order Granting Application for Admission of Attorney Pro Hac Vice, filed in this |
| 18 | | Court on September 8, 2016 (Docket No. 30) |
| 19 | Exhibit 34 | Order Granting Application for Admission of Attorney Pro Hac Vice, filed in this |
| 20 | | Court on September 11, 2016 (Docket No. 32) |
| 21 | Exhibit 35 | Order Granting Motion to Remand, filed in this Court on September 30, 2016 |
| 22 | | (Docket No. 37) |
| 23 | Exhibit 36 | Order Scheduling Case Management Conference, filed in the San Francisco |
| 24 | | County Superior Court on October 12, 2016 |
| 25 | Exhibit 37 | Case Management Order, filed in the San Francisco County Superior Court on |
| 26 | | November 18, 2016 |
| 27 | Exhibit 38 | Order Denying Motion for Judgment on the Pleadings, filed in the San Francisco |
| 28 | | County Superior Court on February 8, 2017 |

| | | |
|---|---|---|
| Exhibit 39 | Order on Pending Discovery Dispute, filed in the San Francisco County Superior Court on July 11, 2017 | |
| Exhibit 40 | Order Denying Motion for Summary Judgment or, in the Alternative, Summary Adjudication, filed in the San Francisco County Superior Court on October 17, 2017 | |
| Exhibit 41 | Order Denying Petition for Writ of Mandate, filed in the California Court of Appeal on January 11, 2018 | |
| Exhibit 42 | Case Management Order, filed in the San Francisco County Superior Court on April 17, 2018 | |
| Exhibit 43 | Order Granting Ex Parte Application for Non-Resident Attorney to Appear Pro Hac Vice, filed in the San Francisco County Superior Court on April 25, 2018 | |
| Exhibit 44 | Order Granting Ex Parte Application for Non-Resident Attorney to Appear Pro Hac Vice, filed in the San Francisco County Superior Court on May 9, 2018 | |
| Exhibit 45 | Case Management Order, filed in the San Francisco County Superior Court on June 21, 2018 | |
| Exhibit 46 | Case Management Order, filed in the San Francisco County Superior Court on July 12, 2018 | |
| Exhibit 47 | Case Management Order, filed in the San Francisco County Superior Court on August 17, 2018 | |
| Exhibit 48 | Order Regarding Motion to Seal, filed in the San Francisco County Superior Court on October 24, 2018 | |
| Exhibit 49 | Order Regarding Case Reassignment, filed in the San Francisco County Superior Court on January 3, 2019 | |
| Exhibit 50 | Order Regarding Class Certification Briefing Schedule, filed in the San Francisco County Superior Court on January 16, 2019 | |
| Exhibit 51 | Order Regarding Amended Motion to Seal, filed in the San Francisco County Superior Court on January 22, 2019 | |
| Exhibit 52 | Order Regarding Amended Motion to Seal, filed in the San Francisco County | |

| | |
|---|---|
| 1 | Superior Court on February 6, 2019 |
| 2 | Exhibit 53  Order Regarding Class Certification Briefing Schedule, filed in the San Francisco |
| 3 | County Superior Court on March 5, 2019 |
| 4 | Exhibit 54  Order Regarding CLRA Motion, filed in the San Francisco County Superior Court |
| 5 | on March 22, 2019 |
| 6 | Exhibit 55  Notice to State Court of Removal to Federal Court, filed in the San Francisco |
| 7 | County Superior Court on April 2, 2019 |
| 8 | |
| 9 | Dated: April 2, 2019                    WHITE & CASE LLP |
| 10 | |
| 11 | By:  */s/ Bryan A. Merryman* |
| 12 |        Bryan A. Merryman |
| 13 | Attorneys for Defendant GERBER PRODUCTS COMPANY |

-5-