| | |
|---|---|
| 1 | MATTHEW J. ZEVIN (SBN 170736) |
| 2 | mzevin@aol.com<br>STANLEY LAW GROUP |
| 3 | 10021 Willow Creek Road, Suite 200<br>San Diego, CA 92131 |
| 4 | Telephone:  (619) 235-5306<br>Facsimile:  (815) 377-8419 |
| 5 | Attorneys for Plaintiffs |
| 6 | MICHELLE GYORKE-TAKATRI,<br>KATIE SILVER |
| 7 | BRYAN A. MERRYMAN (SBN 134357) |
| 8 | bmerryman@whitecase.com<br>RACHEL J. FELDMAN (SBN 246394) |
| 9 | rfeldman@whitecase.com<br>WHITE & CASE LLP |
| 10 | 555 South Flower Street, Suite 2700<br>Los Angeles, CA  90071-2433 |
| 11 | Telephone:  (213) 620-7700<br>Facsimile:  (213) 452-2329 |
| 12 | Attorneys for Defendant |
| 13 | GERBER PRODUCTS COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | MICHELLE GYORKE-TAKATRI and KATIE SILVER on behalf of themselves and all others similarly situated, | Case No.: 3:19-cv-01712-DMR |
| 19 | | [Assigned to Magistrate Judge Donna M. Ryu] |
| 20 | Plaintiffs, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION** |
| 21 | v. | |
| 22 | GERBER PRODUCTS COMPANY, | |
| 23 | Defendant. | |

1   Plaintiffs Michelle Gyorke-Takatri and Katie Silver and defendant Gerber Products Company stipulate to the dismissal without prejudice of the entire action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  April 2, 2019   STANLEY LAW GROUP

By:   */s/ Matthew J. Zevin*
        Matthew J. Zevin

Attorneys for Plaintiffs
MICHELLE GYORKE-TAKATRI
and KATIE SILVER

Dated:  April 2, 2019   WHITE & CASE LLP

By:   */s/ Bryan A. Merryman*
        Bryan A. Merryman

Attorneys for Defendant
GERBER PRODUCTS COMPANY